UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ROY JOHNSON,<br><br>Petitioner,<br><br>v.<br><br>ANDRE MATEVOUSIAN, Warden<br><br>Respondent. | Case No. 1:16-cv-01304-MJS (HC)<br><br>**ORDER DENYING MOTION FOR JUDGMENT**<br><br>**(ECF NO. 13)**<br><br>**ORDER DENYING MOTION TO COMPEL**<br><br>**(ECF NO. 17)** |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

Petitioner filed his petition on September 6, 2016. (ECF No. 1.) On September 7, 2017, Respondent was ordered to file an answer. (ECF No. 4.) Respondent sought an extension of time. (ECF No. 9.) Although Petitioner opposed the request (ECF No. 12), it was granted (ECF No. 10). Respondent's time to file an answer was extended to January 6, 2017.

On December 27, 2016, Petitioner filed a "Motion for Judgment" (ECF No. 13), in which he argued that he is entitled to judgment because he had opposed Respondent's

motion for extension of time and Respondent had not yet answered.

On January 6, 2017, Respondent filed an answer. (ECF No. 14.)

On January 13, 2017, Petitioner filed a "Motion to Compel" (ECF No. 17), asking the Court to require Respondent to answer. Petitioner later filed his traverse on March 9, 2017. (ECF No. 20.)

Respondent filed an answer within the time required by the Court. Accordingly, there is no basis for granting the relief Petitioner seeks. The motions will therefore be denied. The Court will address the merits of the petition in due course.

Based on the foregoing, it is HEREBY ORDERED that:

1. The motion for judgment (ECF No. 13) is DENIED; and
2. The motion to compel (ECF No. 17) is DENIED.

IT IS SO ORDERED.

Dated: July 2, 2017 /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE